1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350

5  Joseph M. McMillan, WA Bar No. 26527 *(Admitted Pro Hac Vice)*
   E-mail: JMcMillan@perkinscoie.com
6  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
7  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
8  Facsimile: (206) 359-9000

9  Attorneys for Plaintiff
   craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS G. MCGUIRE, a Florida resident,<br><br>Defendant. | **Case No.** CV-10-5830 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   /ORDER**<br><br>**Date:** April 15, 2011<br>**Time:** 8:30 a.m.<br>**Dept.:** Courtroom 8, 19th Floor<br>**Before:** Honorable Charles R. Breyer |

Case No. CV-10-5830 CRB

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
40753-0043/LEGAL20527487.2

1     WHEREAS, the Case Management Conference is currently set for April 15, 2011 at 8:30 a.m. and the parties' Joint Case Management Statement and Rule 26(f) Report are due on April 8, 2011; and

    WHEREAS, pursuant to the authorization provided in this Court's Order dated January 25, 2011 (Dkt. #11), the parties have cooperated in discovery efforts to investigate the relevant facts and issues in the case; and

    WHEREAS, the parties have stipulated to a private ADR process (Dkt. #17) and the Court has entered an Order (Dkt. #18) setting a deadline of September 16, 2011, for that ADR session; and

    WHEREAS, the parties are currently making progress toward the complete resolution of the case through productive settlement discussions, and believe they can settle the case without the need for costly litigation or significant expenditure of judicial resources; and

    WHEREAS, the parties believe it most efficient to continue the Case Management Conference until July 15, 2011, so they can finalize a written settlement agreement and thereafter file papers to fully resolve this litigation;

    NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as follows:

    1.     The Case Management Conference should be continued from April 15, 2011, at 8:30 a.m., to July 15, 2011, at 8:30 a.m.; and

    2.     The corresponding deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures should be continued to July 8, 2011.

2     Case No. CV-10-5830 CRB

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
40753-0043/LEGAL20527487.2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 31, 2011 | **PERKINS COIE LLP** |
| 3 | | By: /s/ Brian Hennessy |
| 4 | | Brian Hennessy (SBN 226721)<br>BHennessy@perkinscoie.com |
| 5 | | Attorneys for Plaintiff |
| 6 | | craigslist, Inc. |

DATED: March 31, 2011        **HINCH NEWMAN LLP**

By: /s/ Richard Newman
    Richard Newman (SBN 195191)
    rnewman@hinchnewman.com

Attorneys for Defendant
Thomas G. McGuire


I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 31, 2011        **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT**:

1. The Case Management Conference is continued from April 15, 2011, at 8:30 a.m., to July 15, 2011, at 8:30 a.m.;

2. The deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures is July 8, 2011.

Dated:  April 4, 2011

_____
Honorable Charles R. Breyer



4

Case No. CV-10-5830 CRB

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
40753-0043/LEGAL20527487.2